**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

JAMES DEWAYNE HALE, JR.,    )
                                )
          Plaintiff,    )
                                )
-vs-                        )    NO.  CIV-26-0337-HE
                                )
DEPARTMENT OF CORRECTIONS, et  )
al.,                             )
                                )
          Defendants.    )

## ORDER

On February 26, 2026, United States Magistrate Judge Amanda L. Maxfield issued a Report and Recommendation [Doc. #6], recommending the court deny plaintiff's application [Doc. #2] requesting to proceed without prepaying fees or costs.  She also recommended that if plaintiff does not pay the $405 filing fee to the clerk of the court within 21 days of any order adopting the Report and Recommendation, this action be dismissed without prejudice to refiling.

Magistrate Judge Maxfield advised plaintiff of the right to file an objection to the Report and Recommendation as well as the consequences for failure to timely object.  Any objection to the Report and Recommendation was due by March 19, 2026.

To date, plaintiff has not objected to the Report and Recommendation and has not requested an extension of time to file an objection.  With no objection timely filed, the court concludes plaintiff has waived the right to appellate review of that issue.  *See* <u>Moore v. United States</u>, 950 F.2d 656, 659 (10th Cir. 1991).  The Report and Recommendation will be adopted.

Accordingly, the Report and Recommendation [Doc. #6] is **ADOPTED**.  Plaintiff's application [Doc. #2] requesting to proceed without prepaying fees or costs is **DENIED**. If plaintiff does not pay the $405.00 filing fee **within 21 days of this order**, this action will be dismissed without prejudice to refiling.

**IT IS SO ORDERED**.

Dated this 31st day of March, 2026.

_____

JOE HEATON
UNITED STATES DISTRICT JUDGE

2